FILED:  October 24, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-2302
(2:25-cv-00502-JKW-RJK)

_____

TREMEL MARQUIS ROSSER

      Plaintiff - Appellant

v.

LIEUTENANT GENERAL WILLIAM J. HARTMAN; SARAH A. CARTER;
SUSIE WILES; DAVID O. SACKS

      Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:25-cv-00502-JKW-RJK |
| Date notice of appeal filed in originating court: | 10/20/2025 |
| Appellant(s) | Tremel Marquis Rosser |
| Appellate Case Number | 25-2302 |
| Case Manager | A. Brownlee 804-916-2702 |