FILED:  March 12, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-2284 (L)
(2:25-cv-00118-JKW-RJK)

———————————

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

MARCO RUBIO; SUPREME COURT OF THE UNITED STATES LEGAL
TEAM

Defendants - Appellees

———————————

No. 25-2286
(2:25-cv-00104-JKW-RJK)

———————————

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

JEREMY HALL, Badge 2852 Virginia Beach Police; VIRGINIA BEACH
MAGISTRATE

Defendants - Appellees

————————————

No. 25-2287
(2:25-cv-00085-JKW-RJK)

————————————

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

ARMED FORCES; PRESIDENT DONALD TRUMP

Defendants - Appellees

————————————

No. 25-2288
(2:25-cv-00040-JKW-RJK)

————————————

TREMEL MARQUIS ROSSER

Plaintiff - Appellant

v.

KASH PATEL, Director of the FBI

Defendant - Appellee

————————————

No. 25-2298
(2:25-cv-00510-JKW-RJK)

————————————

TREMEL MARQUIS ROSSER

      Plaintiff - Appellant

v.

CHRIS BARGERY; MARK WARNER; SEAN CAIRNCROSS

      Defendants - Appellees

_____

No. 25-2299
(2:25-cv-00416-JKW-RJK)

_____

TREMEL MARQUIS ROSSER

      Plaintiff - Appellant

v.

PAUL NEUDIGATE, Chief Virginia Beach Police; MARK P. PITTELLA, Director of United States Marshal Service; SEAN M. CURRAN, Director of United States Secret Service; ROCKY HOLCOMB

      Defendants - Appellees

_____

No. 25-2300
(2:25-cv-00158-JKW-RJK)

_____

TREMEL MARQUIS ROSSER

      Plaintiff - Appellant

v.

ELON MUSK; JARED ISAACMAN; TULSI GABBARD; ANNE MELISSA MILGRAM

        Defendants - Appellees

_____

No. 25-2301
(2:25-cv-00486-JKW-RJK)

_____

TREMEL MARQUIS ROSSER

        Plaintiff - Appellant

v.

KASH PATEL; ATTORNEY GENERAL PAM BONDI; PETE HEGSETH; JOHN L. RATCLIFFE

        Defendants - Appellees

_____

No. 25-2302
(2:25-cv-00502-JKW-RJK)

_____

TREMEL MARQUIS ROSSER

        Plaintiff - Appellant

v.

LIEUTENANT GENERAL WILLIAM J. HARTMAN; SARAH A. CARTER; SUSIE WILES; DAVID O. SACKS

        Defendants - Appellees

_____

O R D E R

_____

The court consolidates Case No. 25-2284 and Case Nos. 25-2286, 25-2287,

25-2288, 25-2298, 25-2299, 25-2300, 25-2301, and 25-2302.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk